UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WINDY COSPER,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | Case No. C13-5047 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AFFIRMING DEFENDANT'S DECISION TO DENY BENEFITS |

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Karen L. Strombom. Dkt. 16. The Court has considered the Report and Recommendation, Objections to the Report and Recommendation, and the remaining record.

The Report and Recommendation recommends affirming the commissioner's decision to deny Plaintiff's claim for disability benefits under the Social Security Act. Dkt. 16. After review of the Report and Recommendation, and Plaintiff's Objections (Dkt. 17), this Court concludes that the Commissioner's decision should be upheld, the Report and Recommendation adopted, and this case closed.

Plaintiff's Objections to the Report and Recommendation are a reiteration of his prior pleadings and are addressed in the Report and Recommendation. First, Plaintiff asserts that the Magistrate Judge "overlooks the relevance of the *Strauss* [*v. Commissioner of the Social Security Administration*, 635 F.3d 1135 (9th Cir. 2011)] decision in this case." Dkt. 17 p. 3. The Court disagrees. The Magistrate Judge took *Strauss* into consideration and found it did not support

ORDER - 1

Plaintiff's assertions and also that it was clearly distinguishable from the present case. Dkt. 16 p. 7. Second, the Magistrate Judge properly found the ALJ's credibility determination supported by substantial evidence. The law of the case doctrine does not preclude the ALJ from re-evaluating Plaintiff's testimony and credibility on remand where this Court specifically directed the ALJ to re-evaluate plaintiff's testimony and credibility on remand – without any express or implied limitation on the reasons for discounting her credibility that again could be considered. Dkt. 16 pp. 7-13.

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and Objections to the Report and Recommendation, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation (Dkt. 16);

(2) The administrative decision is **AFFIRMED**;

(3) The Clerk is directed to send copies of this Order to Plaintiff's counsel, Defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 27th day of December, 2013.

ROBERT J. BRYAN
United States District Judge

ORDER - 2